# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2022
Lower Tribunal No. 2018-CA-002580-O

_____

TITA ZAMUDIO,

Appellant,

v.

WALT DISNEY PARKS AND RESORTS U.S., INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

March 12, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Carolyn M. Salzmann, Jennifer Aybar Karr, and Elisa K. Schneider, of Legally Pink Law, PLLC, Orlando, for Appellant.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED